IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS WRAY, | 1:06-cv-00528-OWW DLB (HC) |
| Petitioner, | ORDER GRANTING PETITIONER THIRTY-DAY EXTENSION TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| KEN CLARKE, et al., | (DOCUMENT #15) |
| Respondents. / | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 4, 2007, petitioner filed a motion to extend time to file objections to the Findings and Recommendations issued on September 25, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his objections to the Findings and Recommendations.

IT IS SO ORDERED.

Dated:   October 18, 2007           /s/ Dennis L. Beck

1                                                       UNITED STATES MAGISTRATE JUDGE