Case 1:06-cv-00528-OWW-DLB Document 17 Filed 12/21/07 Page 1 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DOUGLAS WRAY, | ) | 1:06-cv-00528-OWW-DLB-HC |
|---|---|---|
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 14) |
| v. | ) | **ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS** |
| KEN CLARKE, WARDEN, et al., | ) | |
| Respondents. | ) | **ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On September 25, 2007, the Magistrate Judge filed Findings and a Recommendation that the instant Petition for Writ of Habeas Corpus be DENIED, and the Clerk of Court be directed to enter judgment in favor of Respondent. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On October 4, 2007, Petitioner filed a motion to extend time. On October 18, 2007, the court granted Petitioner an additional thirty (30) days within which to respond. To date, the parties have not filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed September 25, 2007, are ADOPTED IN FULL;

2. The instant Petition for Writ of Habeas Corpus is DENIED;

3. The Clerk of Court enter judgment in favor of Respondent; and,

4. The court declines to issue a Certificate of Appealability.  28 U.S.C. § 2253(c); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000) (a COA should be granted where the applicant has made "a substantial showing of the denial of a constitutional right," i.e., when "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong"; <u>Hoffman v. Arave</u>, 455 F.3d 926, 943 (9th Cir. 2006) (same).  In the present case, the Court finds that reasonable jurists would not find it debatable that the state courts' decision denying Petitioner's petition for writ of habeas corpus were not "objectively unreasonable."

IT IS SO ORDERED.

**Dated:    December 20, 2007**                    /s/ Oliver W. Wanger
                                                                     UNITED STATES DISTRICT JUDGE

2