IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS WRAY,**<br><br>　　　　　　**Petitioner,**<br><br>　　　vs.<br><br>**KEN CLARE, Warden,**<br><br>　　　　　　**Respondent.** | No. CV-F-06-528 OWW/DLB<br><br>ORDER DENYING PETITIONER'S MOTION FOR ORDER EXTENDING TIME FOR APPEAL AND APPLICATION FOR CERTIFICATE OF APPEALABILITY AS MOOT (Doc. 21) |

**Petitioner's motion for an order extending the time to file a notice of appeal and application for certificate of appealability (Doc. 21) are DENIED AS MOOT because Petitioner's motion to reopen the case was granted by Order filed on March 17, 2008.**

IT IS SO ORDERED.

**Dated:　April 2, 2008**　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1